170 A.3d 318

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. LEMONT O. LOVE, DEFENDANT–PETITIONER.

July 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005650–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

170 A.3d 318

STATE OF NEW JERSEY, PLAINTIFF, v. QUANTIS L. GOODE, DEFENDANT. STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DARRYL DAVIS, DEFENDANT–PETITIONER.

July 10, 2017

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–2387/3213–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.